■ In the Matter of COCA-COLA BOTTLING COMPANY OF NEW YORK, INC., Respondent, v BOARD OF ESTIMATE OF THE CITY OF NEW YORK et al., Appellants.—Order and judgment (one paper), Supreme Court, New York County (William McCooe, J.), entered on or about November 19, 1986, unanimously affirmed for the reasons stated by William McCooe, J., without costs and without disbursements. Concur—Murphy, P. J., Kupferman, Kassal, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRIS SPENCE, Appellant.—Judgment of resentence, Supreme Court, Bronx County (Daniel Sullivan, J.), rendered on December 14, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Asch, Rosenberger, Wallach and Smith, JJ.

■ ROBERT M. LEA, Respondent-Appellant, v JOSEPH M. STENDIG et al., Appellants-Respondents, et al., Defendant.— Appeal and cross appeal from an order of the Supreme Court, New York County (Kenneth Shorter, J.), entered on December 23, 1986, and from a judgment of said court entered on January 8, 1987, unanimously withdrawn, in accordance with the stipulation of the parties dated November 23, 1987. No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Wallach and Smith, JJ.